Berta Slade, a *feme sole,* Appellant, v. Flora Middleton Eldredge, and C. T. Eldridge, her husband, Appellees.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for the respective parties.

*Seymour & Sampson,* for Appellant;

*Twyman, Scott & McCarty,* for Appellees.

---

J. W. Jones and Essye Troy Jones, his wife, C. H. Teal and Mrs. C. H. Teal, is wife, and W. A. Brownlee, Appellants, v. J. H. Mooney and Mary Mooney, a married woman and wife of J. H. Mooney, by Lillian Benson, her next friend, Appellees.

An Appeal from the Circuit Court for Orange County.

Appeal dismissed on motion of counsel for Appellants.

*Maguire & Voorhis,* for the motion.

---

S. J. Melson and Louisa F. Melson, his wife, and S. J. Melson Company, a corporation, and Others, Appellants, v. Missouri State Life Insurance Company, a corporation, Appellee.

An Appeal from the Circuit Court for Duval County.

Appeal dismissed on motion of counsel for Appellants.

*Jno. W. Dodge,* for the motion.